UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| MICHAEL D. BROWN, | : | |
| | : | |
| Plaintiff, | : | Civ. No. 22-6492 (RBK) (SAK) |
| | : | |
| v. | : | |
| | : | |
| JUDGE NEUSTEADUR, et al., | : | **MEMORANDUM & ORDER** |
| | : | |
| Defendants. | : | |
| | : | |

Plaintiff was formerly detained at the Atlantic County Justice Facility ("ACJF") in Mays Landing, New Jersey. On December 6, 2022, mail sent to Plaintiff was returned to this Court as undeliverable at Plaintiff's ACJF address as Plaintiff had been released.

Plaintiff is now in violation of Local Civil Rule 10.1 which requires him to keep this Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS on this 8th day of December, 2022,

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that the Clerk shall ADMINISTRATIVELY TERMINATE this case as a result; and it is further

ORDERED that if Plaintiff updates his contact information and satisfies the appropriate Rules within thirty (30) days of the date of this memorandum and order, this Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail at his last listed address of record.

s/ Robert B. Kugler<br>
ROBERT B. KUGLER<br>
United States District Judge